UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAKINI DEANDRE BYRD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01343-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTION TO STRIKE FILING FEE<br><br>ECF No. 13 |

Plaintiff moves to strike the filing fee because he is indigent. ECF No. 13. Plaintiff provides no legal basis for this motion and the court finds none. His motion to proceed *in forma pauperis* has already been granted. ECF No. 10. Therefore, plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: March 5, 2020 　　　　　　　　　 _____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

No. 204.