UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAKINI DEANDRE BYRD,<br><br>            Plaintiff,<br><br>     v.<br><br>UNKNOWN,<br><br>            Defendant. | Case No.   1:19-cv-01343-JDP<br><br>ORDER GRANTING PLAINTIFF'S MOTION IN PART<br><br>ECF No. 21<br><br>ORDER DIRECTING THE CLERK TO SUBSTITUTE DEFENDANT |

   Plaintiff moves for information on the status of his case and seeks to have his claim granted because of delay on defendant's part, if defendant has not responded to the subpoena. ECF No. 21.  A certificate of service was filed in this case on April 16, 2020, indicating that F. Serrano, is the name of the unknown defendant.  ECF No. 20.  Thus, there was a response to the subpoena and the proper defendant will be substituted.  The court will authorize service by separate order.

   Accordingly,

   1. Plaintiff's motion, ECF No. 21, is granted in part.
   2. The Clerk of Court is directed to substitute defendant F. Serrano in place of defendant Unknown.

IT IS SO ORDERED.

Dated: __June 9, 2020__   _____
UNITED STATES MAGISTRATE JUDGE

No. 204.