UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAKINI DEANDRE BYRD,<br><br>    Plaintiff,<br><br>    v.<br><br>F. SERRANO,<br><br>    Defendant. | Case No.   1:19-cv-01343-JDP<br><br>ORDER DENYING PLAINTIFF'S MOTION AS MOOT<br><br>ECF No. 26 |

Plaintiff moves to have the unknown defendant substituted with the appropriate party. ECF No. 26.  The court has already substituted defendant F. Serrano for the unknown defendant, ECF No. 22, and ordered service of the complaint, ECF No. 23.  Therefore, the relief plaintiff seeks has already been granted, and his motion is denied as moot.  ECF No. 26.

IT IS SO ORDERED.

Dated:   September 4, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.

1