UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAKINI DEANDRE BYRD,<br><br>    Plaintiff,<br><br>v.<br><br>F. SERRANO,<br><br>    Defendant. | Case No. 1:19-cv-01343-DAD-HBK<br><br>ORDER MODIFYING SCHEDULING ORDER<br><br>(Doc. No. 31)<br><br>Discovery Deadline: **August 25, 2021**<br><br>Dispositive Motion Deadline: **November 5, 2021** |

    On April 30, 2021, the court directed Defendant to determine whether a settlement conference would be productive. (Doc. No. 49). That order concurrently denied Defendant's motion to extend the discovery and dispositive motion deadlines (Doc. No. 48) staying all deadlines until a settlement conference was held or Defendant chose to forego one. On May 26, 2021, Defendant notified the court that he was opting out of a settlement conference. (Doc. No. 50).

    Fed. R. Civ. P. 16(b)(4) permits a court to modify a scheduling order for good cause shown and with the judge's consent. Defendant's earlier motion argued a 90-day extension to the discovery and dispositive motion deadlines was warranted because of difficulties scheduling Plaintiff's deposition due to the impact of COVID-19 and counsel's heavy caseload. (Doc. 48-1).

1

The pandemic induced delay in deposing Plaintiff constitutes good cause. The court will accordingly *sua sponte* resets the discovery and dispositive motions deadlines set forth in the Discovery and Scheduling Order (Doc. No. 31).

Accordingly, it is **ORDERED**:

1. The discovery deadline is extended to **August 25, 2021**.
2. The dispositive motion deadline is extended to **November 5, 2021**.

IT IS SO ORDERED.

Dated: May 27, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE